# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Denise A. Hayward,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-0566-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Substitution of Party Plaintiff,* filed June 15, 2015 [Doc. 21]. After due consideration of the issues presented, and in light of the death of Denise A. Hayward, it is

**ORDERED** that plaintiff's *Motion For Substitution of Party Plaintiff,* filed June 15, 2015 [Doc. 21] is **GRANTED**. Accordingly, Bobby Jean Hayward, sister of Denise A. Hayward is substituted as the party plaintiff in this matter.

                                          */s/ John T. Maughmer*
                                               **John T. Maughmer**
                                     **United States Magistrate Judge**